UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 27 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:22CR247 CDP-JMB |
| WILLIAM C. TAYLOR, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 26, 2020, continuing to on or about July 29, 2020, within the Eastern District of Missouri,

**WILLIAM C. TAYLOR,**

the Defendant herein, did knowingly and with intent to defraud, use an unauthorized access device, that is Visa bank card 3640 belonging to "T.S.," and by such conduct obtained things of value aggregating to $1,000.00 or more during that period, and in so doing affected interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT TWO

On or about July 26, 2020, in Dunklin County within the Eastern District of Missouri,

**WILLIAM C. TAYLOR,**

the Defendant herein, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, Title 18 United States Code Sections 1029(a)(2) (access device fraud), did knowingly possess and use, without lawful authority, a means of identification of another person,

to wit: Visa bank card number 3640 belonging to "T.S.," knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT THREE

On or about July 28, 2020, in Jefferson County within the Eastern District of Missouri,

**WILLIAM C. TAYLOR,**

the Defendant herein, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, Title 18 United States Code Section 1029(a)(2) (access device fraud), did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: Visa bank card number 3756 belonging to "R.F.," knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER J. ROY #47203MO
Assistant United States Attorney

2